IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CLAY M. SCHROEPFER** | : | **NO. 10-2716** |

## O R D E R

**AND NOW, TO WIT:** This 14th day of September, 2010, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the hearing in the above action scheduled for September 24 is cancelled and this matter is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: _/s/ Jean M. Pennie_
       Jean M. Pennie
       Deputy Clerk

Civ 2 (8/2000)
41(b).frm